UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEWARREN PAGE,<br><br>     Plaintiff,<br> v.<br><br>FIRMENICH, INC.,<br><br>     Defendant. | Civil Action No. 3:20-cv-15320-FLW-DEA<br><br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

The matter in the above-captioned action having been amicably resolved by and between plaintiff DeWarren Page ("Plaintiff") and defendant Firmenich, Inc. ("Defendant") it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case against Defendant shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

*/s/ Manali Arora*
Manali S. Arora, Esq.
**Swartz Swidler, LLC**
1101 Kings Hwy N., Suite 402
Cherry Hill, New Jersey 08034
(856) 685-7420
marora@swartz-legal.com
*Attorneys for Plaintiff*

Dated: October 1, 2021

*/s/ David S. Ostern*
Amber M. Spataro, Esq.
David S. Ostern, Esq.
**Littler Mendelson, P.C.**
One Newark Center, Eighth Floor
Newark, New Jersey 07102
973.848.4700
aspataro@littler.com
dostern@littler.com
*Attorneys for Defendant*

Dated: October 1, 2021

SO ORDERED:

_____

Dated: __October 4__, 2021